# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.:
- Same Defendant    New Defendant
- Magistrate Judge Case Number: 23-mj-6363-MPK
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

**Defendant Name:** Tarik Muhammad    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Boston, MA

**Birth date (Yr only):** 1994    **SSN (last4#):** 3643    **Sex:** M    **Race:** Black    **Nationality:** United States

**Defense Counsel if known:** Robert Peabody    **Address:** Husch Blackwell

**Bar Number:** 551936    One Beacon Street, Suite 1320, Boston, MA 02108

## U.S. Attorney Information:

**AUSA:** Benjamin Tolkoff    **Bar Number if applicable:** NY 4294443

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date:** 02/06/2023

☑ Already in Federal Custody as of 02/13/2023 in Wyatt.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/10/2023    **Signature of AUSA:** /s/ BT

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Tarik Muhammad

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 922(g)(1) | Felon in Possession of Firearm | Complaint |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Related matter 20-cr-10136-DJC-18